UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PROGRESSIVE INSURANCE COMPANY,

    Plaintiff,

    v.

BLUE CROSS BLUE SHIELD OF MICHIGAN
ET AL.,

    Defendants.

_____/

Case No. 19-cv-10177

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

**JUDGMENT**

In accordance with the Opinion and Order entered on today's date,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

    DAVID J. WEAVER

    CLERK OF THE COURT

Dated: July 25, 2019    By: s/Teresa McGovern
        Deputy Clerk

APPROVED BY:

s/Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

1